| | | | | |
|---|---|---|---|---|
| Gary v. WCAB (JD Eckman, Inc.) | 1153CD16 | 05/17/2017 | Workers' Compensation Appeal Board A15–1065 | Affirmed |
| Woodson v. DOT | 1218CD16 | 05/17/2017 | Allegheny County S.A. 16–338 | Vacated and Remanded |
| Pennypacker v. Springton Pointe | 1327CD16 | 05/17/2017 | Centre County 2015–4887 | Reversed Vacated and Remanded |
| Jorgenson v. WCAB (PNC Financial Service Group) | 1345CD16 | 05/17/2017 | Workers' Compensation Appeal Board A15–1222 | Affirmed |
| Banks v. UCBR | 1365CD16 | 05/17/2017 | Unemployment Compensation Board of Review B–590916 | Affirmed |
| Horn v. UCBR | 1450CD16 | 05/17/2017 | Unemployment Compensation Board of Review B–590400 | Affirmed |
| Bethlehem Area SD v. Kanofsky | 1501CD16 | 05/17/2017 | Northampton County C–48–CV–2016–3794 | Affirmed |
| City of Bethlehem v. Kanofsky | 1502CD16 | 05/17/2017 | Northampton County C–48–CV–2016–3525 | Affirmed |
| Kanofsky v. City of Bethlehem | 1503CD16 | 05/17/2017 | Northampton County C–48–CV–2016–4433 | Affirmed |
| Gillespie v. WCAB (Aker Philadelphia Shipyard) | 1633CD16 | 05/17/2017 | Workers' Compensation Appeal Board A16–0302 | Affirmed |
| Collazo v. OOR (PSP) | 1728CD16 | 05/17/2017 | Office of Open Records AP 2016–0320 | Affirmed |
| Harris v. Department of Corrections | 2083CD16 | 05/17/2017 | Greene County AD–1005–2015 | Affirmed Reversed and Remanded |
| Fontroy v. Wetzel | 595MD15 | 05/17/2017 | Original Jurisdiction | Dismissed |
| French v. UCBR | 241CD16 | 05/18/2017 | Unemployment Compensation Board of Review B–585632 | Affirmed |
| Cartagena v. UCBR | 1207CD16 | 05/18/2017 | Unemployment Compensation Board of Review B–589434 | Affirmed |